PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



**FILED**
Nov 03, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DARRYL LYNN KAUFFMAN, Defendant. | CASE NO. 2:22-cr-0225 DAD<br><br>ORDER TO SEAL<br><br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Heiko P. Coppola to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: November 3, 2022

*Kendall J. Newman*
**Kendall J. Newman, United States Magistrate Judge**
Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

PETITION TO SEAL INDICTMENT AND
[PROPOSED] ORDER

3