IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 2:22-cr-00225 DAD |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | **APPOINTING COUNSEL** |
| ) | |
| DARRYL LYNN KAUFFMAN, ) | |
| Defendant. ) | |

    The court appointed the Federal Defender to represent the defendant on January 6, 2023. The Federal Defender has determined the case should go to the panel. CJA Panel attorney Tasha Chalfant is hereby appointed effective January 10, 2023, the date the Office of the Federal Defender contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 1/11/2023

                                                    HON. JEREMY D. PETERSON
                                                    United States Magistrate Judge